IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:09-cv-00041-WTH-GRJ

NORMA SPENCE,

    Plaintiff,

vs.

OCALA NATIONAL BANK
DOES 1-100 and TRUSTEES 1-100,1148.

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiff, NORMA SPENCE, by and through her undersigned attorney, and hereby files her Notice of Voluntary Dismissal Without Prejudice, and hereby dismisses without prejudice her Complaint for Recission of Mortgage and for Damages, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 27th day February, 2009 to: Edwin C. Cluster, Ayres, Cluster, Curry, McCall, Collins & Fuller, P.A., 21 NE 1st Avenue, P.O. Box 1148, Ocala, FL 34478.

                    THE TICKTIN LAW GROUP
                          Attorney for Plaintiffs
               600West Hillsboro Blvd., Suite 220
                  Deerfield Beach, Florida 33341
                    (954) 570-6757 Phone
                     (954) 570-6760 Fax
         BY:_____/s/   Peter Ticktin_____
                      PETER TICKTIN, ESQ.